**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:
**DM RECORDS, INC.**,                                   Case No:    15-30368-BKC-RBR

                    Debtor.                                   Chapter:    11
_____/

## NOTICE OF APPEAL

David and Mark Watson, interested parties herein, by and through undersigned counsel appeal to the District Court of the Southern District of Florida from the *Order Converting Case Under Chapter 11 to Case Under Chapter 7* [DE#234] entered on October 14, 2016 and all orders related thereto including: *Order Approving Appointment of Chapter 11 Trustee* [DE#65] and related *Order Denying as Moot Appellant's Verified Motion (1) To Reconsider Order Dismissing Appeal (2) To Reinstate Appeal and (3) To Deem Motion Timely Filed* [DE#207] related to the *Order Denying Motion to Compel Enforcement of Settlement* [DE#120].

The names of all parties to the judgment, order or decree appealed from, and the names, addresses and fax numbers of their respective attorneys are as follows:

**DM Records, Inc.**
265 South Federal Hwy., Suite 352
Deerfield Beach, FL 33441
Debtors

**RAPPAPORT OSBORNE & RAPPAPORT, PL**
Les S. Osborne
1300 N. Federal Hwy., Suite 203
Boca Raton, FL 33432
Phone: (561) 368-2200
les@kennethrappaportlawoffice.com

Trustee & Attorney for the Trustee of the
DM Records Bankruptcy Estate

**David L. Merrill, Esq.**
Merrill PA
Trump Plaza Office Center
525 S Flagler Drive, 5th Floor
West Palm Beach, FL 33401
Telephone: (561) 877-1111
Facsimile: (561) 832-7668
Email: dlmerrill@merrillpa.com
Attorney for Debtor

**Alvertis Isabell d/b/a Alvert Music**
**c/o King & Ballow**
315 Union Street, Suite 1100
Nashville, TN 37201
Creditor

**Alvin Goldstein**
Furr and Cohen, P.A.
2255 Glades Rd., #337 W
Boca Raton, Florida 33431
Phone: (561) 395-0500
Fax: (561) 338-7532
E-mail: agoldstein@furrcohen.com
Attorney for Creditor

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent to all persons listed on the attached Service List via electronic notice, US Mail and/or facsimile on this 28th day of October, 2016.

                                        **MERRILL PA**
                                        By:   /s/ *David Lloyd Merrill, Esq*

DAVID LLOYD MERRILL, Esq.
FBN:  99155
Attorneys for Debtor
Trump Plaza Office Center
525 South Flagler Drive, 5th Floor
West Palm Beach, FL 33401
561-877-1111
dlmerrill@merrillpa.com



**ORDERED in the Southern District of Florida on October 14, 2016.**

Raymond B. Ray, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

IN RE:

DM Records, Inc.,                                        Case No.: 15-30368-BKC-RBR
                                                         Chapter 11

     Debtor.

_____/

**ORDER CONVERTING CASE UNDER CHAPTER 11
<u>TO CASE UNDER CHAPTER 7 [ECF 173]</u>**

THIS CAUSE came before the Court for hearing on October 11, 2016 in Ft. Lauderdale, on

the Motion [ECF 173] filed by Trustee, Leslie S. Osborne, to convert case under Chapter 11 to case

under Chapter 7, and the Court having reviewed the Motion, having heard the arguments of all

parties and having reviewed the documents in the court file, it is hereby

**ORDERED** that:

1.     Based upon the arguments of Trustee Osborne and the documents contained in the

court file, this chapter 11 case is <u>converted to a case under chapter 7</u>.

2.  If applicable, the debtor shall immediately remit to the clerk of court the $15.00 trustee surcharge fee prescribed by the Judicial Conference of the United States (if not previously paid by the debtor).  Failure to pay this fee will result in dismissal of this case.

3.  The debtor or the Chapter 11 trustee, shall:

    a.  Forthwith turn over to the chapter 7 trustee all records and property of the estate under its custody and control as required by Bankruptcy Rule 1019(4);

    b.  Within 30 days of the date of this order, file an accounting of all receipts and distributions made.  A copy of this report must be served on the U.S. Trustee; and

    c.  File, within 14 days of the date of this order, a schedule of unpaid debts incurred after the commencement of the chapter 11 case as required by Bankruptcy Rule 1019(5) and a supplemental matrix and certification in the format required by Local Rule 1019-1(B).  The debtor or debtor's attorney is required to provide notice to those creditors pursuant to Local Rule 1019-1(B).  Failure to comply may also result in sanctions being imposed by the court.  Debts not listed or noticed timely will not be discharged.  A copy of this schedule shall be served on the chapter 7 trustee.

4.  The debtor shall:

    a.  file, within 14 days of the date of this order, the statements and schedules required by Bankruptcy Rule 1019(1)(A) and Bankruptcy Rule 1007(c) and in accordance with Local Rule 1019-1(B);

    b.  file, if the debtor is an individual, within 14 days of the date of this order, the

Official Bankruptcy Form(s)  122A-1 "Chapter 7 Statement of Your Current Monthly Income and Means-Test Calculation", 122A-1Supp "Chapter 7 Means Test Exemption Attachment", 122A-2 "Chapter 7 Means Test Calculation" as required under Local Rule 1019-1(L), and, if not already filed under chapter 11, payment advices as required by Bankruptcy Rules 1007(b)(1) and 1007(c) and, the certificate and debt repayment plan, if any, required by §521(b), a certification under §109(h)(3) or a request for a determination by the court under 109(h)(4);

c.   file, if the debtor is an individual, within 30 days of the date of this order, a statement of intention with respect to retention or surrender of property securing consumer debts, as required by 11 U.S.C. §521(a)(2)(A) and Bankruptcy Rule 1019(1)(B), and conforming to Official Form 108;

d.   file, if the debtor is an individual, within 60 days after the first date set for the meeting of creditors under § 341, "Certification About a Financial Management Course (Official Form 423), [See Bankruptcy Rules 1007(b)(7)(A) and (c)] (unless the course provider files a certificate of completion on the debtor's behalf).

5.   Pursuant to Local Rule 2016-1(C)(2), the debtor's attorney, any examiner or trustee appointed by the court, or any other professional person employed under 11 U.S.C. §327 or 1103 shall, file within 90 days after the date of the post-conversion meeting, an application for compensation for outstanding fees and expenses incurred during the chapter 11 administration including an application justifying retention of any retainer received which has not been approved by a prior award.  Any retainers received which are not approved will be subject to turnover to the chapter 7 trustee.

The attorney for the debtor in possession, or the chapter 11 trustee (if one was appointed) shall notify all such professionals of this deadline by serving them with a copy of this order.

6.   The debtor shall provide notice to affected parties of the deadline set pursuant to Local Rule 1019-1(J)(1) for filing by a nongovernmental unit a request for payment of an administrative expense.

7.   If this case is being converted after the confirmation of a plan, the debtor, within 30 days of the date of this order, shall file:

a.   A schedule of all property not listed in the final report and account of the debtor in possession or chapter 11 trustee which was acquired after the commencement of the chapter 11 case but before the entry of this conversion order;

b.   A schedule of unpaid debts (and a supplemental matrix as described in paragraph 3(c)) not listed in the final report and account of the debtor in possession or chapter 11 trustee, which were incurred after the commencement of the chapter 11 case but before the entry of this conversion order, as required by Bankruptcy Rule 1019(5) and provide notice of the claims deadline as required by Bankruptcy Rule 1019(6) and Local Rule 1019-1(B) and (J); and

c.   A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 11 case, but before the entry of this conversion order.

8.   Failure of the debtor to comply with the provisions of this order may result in dismissal of this case without further hearing or notice.

**# # #**

**Submitted by:**

Leslie S. Osborne, Trustee
1300 N. Federal Hwy #203
Boca Raton, FL 33432
TEL:  (561) 368-2200
Email:  osbornetrustee@kennethrappaportlawoffice.com

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

Debtor
Attorney for Debtor
U.S. Trustee
Chapter 11 Trustee (if applicable)
Attorney for Chapter 11 Trustee (if applicable)